# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 66 WAL 2015
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
WILLIAM EARL MURRAY, JR., :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.